IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 JUN 11 PM 4:57

CLERK
SO. DIST. OF GA.

TROY BRIAN HANCOCK, JR.,   )
   )
      Plaintiff,   )
   )
v.   )   CASE NO. CV418-056
   )
JOHN WILCHER, Sheriff, and   )
K. WALKER,   )
   )
      Defendants.   )
   )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED**. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 11ᵗʰ day of June 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA